UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHAWNEE M. BENARD #525713/94732 | CIVIL ACTION NO. 22-cv-1119 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| CADDO MEDICAL STAFF, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Defendants' motion for summary judgment [Record Document 24] is **GRANTED** and that all claims against defendants Lenell Smith, Randy Leone, and James Procell are **DISMISSED WITH PREJUDICE**. It is further ordered that all claims against Caddo Medical Staff are **DISMISSED** on the grounds that it is not a legal entity that may be sued. The Clerk of Court is directed to close the case.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 12th day July, 2023.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE